JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PAUL JULIANO AND JACQUELYN JULAINO

## DEFENDANTS
AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL

**(b)** County of Residence of First Listed Plaintiff: **Montgomery**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
David S. Dessen, Esq.
DESSEN, MOSES & ROSSITO, 600 Easton Rd., Willow Grove, PA 19090, 215-496-2902, ddessen@dms-lawyer.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
47 U.S.C. 227
Brief description of cause:
Defendant willfully made calls to Plaintiff's cellular phone without consent.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** _____
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE: 07/17/2018
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL JULIANO
1226 Oakwood Drive
Norristown, PA  19406

    and             No.
JACQUELYN JULIANO
13501 Meadowcreek Drive
Orlando, FL  32821,
     Plaintiffs        JURY TRIAL DEMANDED

vs.

AMERICREDIT FINANCIAL SERVICES, INC.
D/B/A GM FINANCIAL
801 Cherry Street, Suite 3500
Fort Worth, TX  76102,
     Defendant

## COMPLAINT

### PARTIES

1. Plaintiff, Paul Juliano (hereinafter referred to as "Paul"), is an adult individual residing at 1226 Oakwood Drive, Norristown, PA 19406.

2. Plaintiff, Jacquelyn Juliano (hereinafter referred to as "Jacquelyn"), is an adult individual residing at 13501 Meadow Creek Drive, Orlando, FL 32821.

3. Jacquelyn is Paul's daughter and lived at home with him in Norristown, Pennsylvania until approximately June 2018 when she moved to the above captioned address in Orlando, Florida.

4. Defendant, AmeriCredit Financial Services, Inc. d/b/a GM Financial (hereinafter referred to as "GM Financial"), is a corporation registered to do business in

the Commonwealth of Pennsylvania, with its principle office located at 801 Cherry Street, Suite 3500, Fort Worth, TX 76102.

5. GM Financial is the wholly owned captive finance subsidiary of General Motors and provides retail financing and lease programs for customers of automobile dealers in North America, South America and Asia.

## JURISDICTION AND VENUE

6. This Court has jurisdiction to decide Paul and Jacquelyn's claims pursuant to 28 U.S.C. § 1331 as a claim arising under the laws of the United States.

7. Pursuant to 28 U.S.C. §1391(b)(1) and (2), venue is proper in this Court since GM Financial resides in the Commonwealth of Pennsylvania and a substantial part of the events at issue took place in the Eastern District of Pennsylvania.

8. A trial by jury is demanded.

## FACTS

9. For many years Paul has maintained account number xxxxxxxx6896 with AT&T for six (6) separate cellular telephone numbers, including 610-888-9359 which is the telephone number assigned to the cellular phone used by Jacquelyn (hereinafter referred to as "Jacquelyn's cellular phone").

10. Billing statements for those AT&T cellular telephone numbers, including for Jacquelyn's phone, are delivered to Paul's address in Norristown, Pennsylvania as captioned above and paid by Paul.

11. Jacquelyn has never owned an automobile, financed the purchase of an automobile through GM Financial, leased an automobile from GM Financial or had any other dealing with GM Financial.

12. Neither Paul nor Jacquelyn have ever provided GM Financial with an express invitation or permission to call Jacquelyn's cellular phone.

13. Beginning in approximately November 2017, GM Financial used an automatic telephone dialing system to place calls to Jacquelyn's cellular phone in an attempt to collect a debt owed by someone other than Jacquelyn.

14. The first time Jacquelyn answered a call from GM Financial, the GM Financial representative asked for "Catherine." Jacquelyn told the GM Financial representative that she was not Catherine. The GM Financial representative then asked Jacquelyn to have Catherine call GM Financial and hung up.

15. Jacquelyn answered about two more calls from GM Financial. In each of these calls, the GM Financial representative again asked for Catherine. Jacquelyn again told the GM Financial representative that she was not Catherine and before the GM Financial representative hung up, the representative asked Jacquelyn to have Catherine call GM Financial.

16. During none of the telephone calls did the GM Financial representative give Jacquelyn an opportunity to explain that she was not a customer of GM Financial and that she did not know "Catherine."

17. On or about May 22, 2018, Paul and Jacquelyn sent the letter attached hereto as Exhibit "A" to GM Financial demanding that it stop making calls to Jacquelyn's cellular phone.

18. Since receiving the letter from Paul and Jacquelyn, GM Financial has continued to use its automatic telephone dialing system to call Jacquelyn's cellular phone.

## COUNT I – 47 U.S.C. § 227
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT
### Paul and Jacquelyn Juliano v. GM Financial

19. Plaintiffs hereby incorporate paragraphs 1 through 18 inclusive as though fully set forth at length.

20. Jacquelyn has never had a business relationship with GM Financial.

21. Jacquelyn has never provided GM Financial with express consent to call her cellular phone.

22. Paul has never provided GM Financial with express consent to call Jacquelyn's cellular phone.

23. GM Financial, through the use of an automatic telephone dialing system, has made numerous unsolicited calls to Jacquelyn's cellular phone in an attempt to collect a debt not owed by Jacquelyn.

24. GM Financial has willfully and knowingly violated § 227(b)(1)(A) of the Telephone Consumer Protection Act, 47 U.S.C. § 227 because it has willfully used an automatic telephone dialing system to call Jacquelyn's cell phone when it knew that it did not have Jacquelyn's or Paul's express consent to call Jacquelyn's cellular phone and it knew that it had no business relationship with Jacquelyn.

**WHEREFORE,** Plaintiffs Paul Juliano and Jacquelyn Juliano demand judgment

in their favor and against Defendant GM Financial in an amount not in excess of $150,000.00 plus costs of suit.

                                                      **DESSEN, MOSES & ROSSITTO**

Dated: July 17, 2018                    By: _____
                                                  DAVID S. DESSEN, ESQUIRE
                                                  Attorney ID # 17627
                                                  Attorney for Plaintiffs

                                                  600 Easton Road
                                                  Willow Grove, PA  19090
                                                  (215) 496-2902
                                                  ddessen@dms-lawyer.com

# EXHIBIT "A"

Paul Juliano and Jacquelyn Juliano
1226 Oakwood Ave
Norristown, Pennsylvania   19401
610-888-9359

May 22, 2018

Americredit d/b/a GM Financial
801 Cherry St, Suite 3500
Fort Worth, Texas   76102
844-496-6394

**RE:  Cease and Desist from Harassment**

Dear Americredit d/b/a GM Financial:

I am writing you this letter to document a period of harassment we received from you starting March 22, 2018.  Such conduct has caused us to suffer severe humiliation, embarrassment, emotional distress, and physical discomfort.

Repeatedly calling the cell phone of Paul and Jacquelyn Juliano for Collections after being repeatedly notified that we are NOT clients, customers, loan holders or vehicle owners with loans being held by GM Financial.

We demand that you cease and desist from this activity as soon as possible and, in any event, within 3 days from your receipt of this letter.  If action is not taken by you to cease and desist within the given time frame, I will have no choice but to take appropriate legal action against you.

Sincerely,

*Paul Juliano* (signature)
Paul Juliano

*Jacquelyn Juliano* (signature)
Jacquelyn Juliano

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __1226 Oakwood Drive, Norristown, PA  19406__

Address of Defendant: __801 Cherry Street, Suite 3500, Fort Worth, TX  76102__

Place of Accident, Incident or Transaction: __1226 Oakwood Drive, Norristown, PA  19406__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __07/17/2018__      _/s/ signature_      __17627__
            *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.**  *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☑ 11. All other Federal Question Cases
   *(Please specify):* __47 U.S.C. 227 (TCPA)__

**B.**  *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
   *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____      _____      _____
            *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | |
|---|---|
| PAUL JULIANO and JACQUELYN JULIANO : | |
| : | CIVIL ACTION: |
| v. : | |
| : | |
| AMERICREDIT FINANCIAL SERVICES, INC. : | NO. |
| D/B/A GM FINANCIAL : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See ' 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus B Cases brought under 28 U.S.C. ' 2241 through ' 2255.            ( )

(b)  Social Security B Cases requesting review of a decision of the Secretary of Health
       and Human Services denying plaintiff Social Security Benefits                              ( )

(c) Arbitration B Cases required to be designated for arbitration under Local Civil Rule 53.2.( )

(d) Asbestos B Cases involving claims for personal injury or property damage from
       exposure to asbestos.                                                                                                 ( )

(e) Special Management B Cases that do not fall into tracks (a) through (d) that are
       commonly referred to as complex and that need special or intense management by
       the court.  (See reverse side of this form for a detailed explanation of special
       management cases.)                                                                                                   ( )

(f) Standard Management Cases that do not fall into any one of the other tracks.       ( X )

| July 17, 2018 | _[signature]_ | Plaintiffs |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-496-2902 | 215-658-0747 | ddessen@dms-lawyer.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |