IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL JULIANO and
JACQUELYN JULIANO,
     Plaintiffs                                          No. 18-cv-03053

    vs.                                                      JURY TRIAL DEMANDED

AMERICREDIT FINANCIAL
SERVICES, INC. D/B/A GM FINANCIAL,
     Defendant

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that all of the terms of a Settlement Agreement previously entered into by the parties having been complied with, Plaintiffs Paul Juliano and Jacquelyn Juliano hereby voluntarily dismiss this action against Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial with prejudice.

                                                               **DESSEN, MOSES & ROSSITTO**

Dated: January 28, 2019                        By:   */s/ David S. Dessen*
                                                            DAVID S. DESSEN, ESQUIRE
                                                            Attorney ID # 17627
                                                            Attorney for Plaintiffs

                                                            600 Easton Road
                                                           Willow Grove, PA  19090
                                                           (215) 496-2902
                                                          ddessen@dms-lawyer.com

## CERTIFICATION OF SERVICE

I hereby certify I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the CM/ECF system which will send notice of such filing to:

| | |
|---|---|
| Darren W. Dwyer, Esquire | Virginia Bell Flynn, Esquire |
| Troutman Sanders LLP | Troutman Sanders LLP |
| 401 9th Street NW | Troutman Sanders Building |
| Suite 1000 | 1001 Haxall Point, 15th Floor |
| Washington, D.C.  20004 | Richmond, VA  23219 |
| *Attorney for GM Financial* | *Attorney for GM Financial* |

Dated: January 28, 2019           */s/ David S. Dessen*
                                  DAVID S. DESSEN