IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL JULIANO, et al.,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 18-3053** |
| | : | |
| **AMERICREDIT FINANCIAL SERVICES INC., d/b/a GM FINANCIAL** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this __30th____ day of January, 2019, upon consideration of Plaintiffs' Notice of Voluntary Dismissal (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. This matter is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and

2. The Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

**BY THE COURT**:

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**